UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENERANDO M. GANO,<br>  Plaintiff,<br>  v.<br>WELLS FARGO BANK, N.A., et al.,<br>  Defendants. | Case No. 16-cv-04358-JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 21, 2017, Plaintiff Venerando M. Gano filed an amended complaint in this action. (Dkt. No. 37.) Defendants moved to dismiss the amended complaint on September 5, 2017. Plaintiff's opposition to the motion to dismiss was September 19, 2017. Over a month has now elapsed since this deadline, and yet Plaintiff has failed to file an opposition to the motion to dismiss.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing why this case should not be dismissed for failure to prosecute. To the extent that Plaintiff responds and argues that the Court should not dismiss the action for failure to prosecute, Plaintiff's response shall be accompanied by: (1) Plaintiff's opposition to Defendants' motion to dismiss, and (2) a motion seeking leave to permit late filing of this opposition which demonstrates good cause for the late filing.

Plaintiff's response to this Order to Show Cause is due Monday, October 30, 2017. Failure to comply with this Order will result in dismissal of the action with prejudice.

///

///

///

1 | The November 3, 2017 hearing on Defendants' motion to dismiss is VACATED.
2 | **IT IS SO ORDERED.**
3 | Dated: October 23, 2017

_____
JEFFREY S. WHITE
United States District Judge